_____

**SO ORDERED,**

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 19, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### GULFPORT DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 18-50818-KMS |
| | : CHAPTER: 13 |
| AMANDA YVETTE BLACKMON | : |
| DONALD RAY BLACKMON, JR. | : |
|     Debtors | : |
| --------------------------------- | -------------------------------- |
| CIT BANK, N.A, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| AMANDA YVETTE BLACKMON | : |
| DONALD RAY BLACKMON, JR. | : |
| WARREN A. CUNTZ T1, JR., Trustee | : |
|     Respondents. | : |

### AGREED ORDER ON OBJECTION TO CONFIRMATION

CIT BANK, N.A, for itself, its successors and assigns (the "Movant"), filed an Objection to Confirmation (the "Objection") (Dkt. # 21). The Objection is as to real property located in 1st District Harrison County, Mississippi now or formerly known as 12070 Five Oaks Drive, Gulfport, MS 39507.

The parties have reached an agreement. Accordingly, it is hereby

**ORDERED** that:

1. Movant's Objection is denied without prejudice.

2. The pre-petition arrearage amount of $2,220.22 shall be funded in full so as to satisfy Movant's Proof of Claim (Claim # 20) during the life of the Plan.

3. The Debtor will pay the ongoing mortgage payment directly to Movant in the amount of $631.71 effective May 1, 2018.

**##END OF ORDER##**

Approved for entry by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

Agreed to by:

/s/ Christopher Davis
Christopher Davis, Esq.
Attorney for Debtors
MS State Bar No. 1427
Davis & Davis PLLC
2550 Marshall Road, Suite 300
Biloxi, MS 39531
228-275-9922
davislaw@cableone.net


No Opposition:


/s/ Phillip Brent Dunnaway    for
Warren A. Cuntz T1, Jr.
Chapter 13 Trustee
MS State Bar No.
P. O. Box 3749
Gulfport, MS 39505
228-831-9531
wacuntzcourt@cableone.net

DISTRIBUTION LIST

Amanda Yvette Blackmon
12070 Five Oaks Dr.
Gulfport, MS 39503

Donald Ray Blackmon, Jr.
12070 Five Oaks Dr.
Gulfport, MS 39503

Christopher Davis, Esq.
Davis & Davis PLLC
2550 Marshall Rd
Ste 300
Biloxi, MS 39531

Warren A. Cuntz T1, Jr., Trustee
P. O. Box 3749
Gulfport, MS 39505

United States Trustee
501 E. Court Street
Suite 6-430
Jackson, MS 39201

Natalie Brown, Esq.
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655